FILED

2012 MAY 25  AM 11: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY GARY TRAMMELL,<br><br>  Petitioner,<br><br>  v.<br><br>LINDA R. THOMAS, Warden,<br><br>  Respondent. | Case No. CV 12-2045-UA (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Complaint is is dismissed without prejudice.

DATED: May 24, 2012

HONORABLE AUDREY B. COLLINS
Chief United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge